UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHENAVO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.:  26-cv-1160-AJB-BJW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

In light of Plaintiff's response to the Court's Show Cause Order (Doc. No. 4), the Court **DISCHARGES** the Order to Show Cause.[1]

**IT IS SO ORDERED.**

Dated:  March 11, 2026

Hon. Anthony J. Battaglia
United States District Judge

---

[1] The Court notes that, although Plaintiff's OSC response claims "[i]In the Complaint, Plaintiff alleges that he is a citizen of California," the Complaint does not in fact allege Plaintiff's citizenship. The Complaint alleges Plaintiff *resides* in San Diego, California. (*See* Doc. No. 1 ¶ 3 ("Plaintiff, Michael Chenavo is an individual residing in the County of San Diego, State of California."). "But the diversity jurisdiction statute, 28 U.S.C. § 1332, speaks of citizenship, not of residency." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001); *Ehrman v. Cox Commc'ns, Inc.*, 932 F.3d 1223, 1227 (9th Cir. 2019) ("[R]esidency is not equivalent to citizenship."). "A person residing in a given state is not necessarily domiciled there[] and thus is not necessarily a citizen of that state." *Kanter*, 265 F.3d at 857. Despite this deficiency, the Court will construe the OSC response as an allegation of Plaintiff's citizenship.

1